UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MACON McCLINTON,

Plaintiff,

-vs-  Case No. 6:04-cv-1422-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on review of the decision of the Defendant to deny Plaintiff's application for Social Security benefits. For the reasons set forth herein, it is respectfully recommended that the decision of the Commissioner be AFFIRMED.

*PROCEDURAL HISTORY*

Plaintiff applied for a period of disability, disability insurance benefits, and Supplemental Security Income, alleging disability beginning August 12, 2001 (R. 58, 330). The applications were denied initially and upon reconsideration, and Plaintiff requested and received an administrative hearing (R. 42, 45, 321, 326, 334). At the hearing, Plaintiff amended his alleged onset date to December 1, 2001 (R. 336). On April 27, 2004, the administrative law judge ("the ALJ") issued a decision denying Plaintiff's claims (R. 15). The Appeals Council denied Plaintiff's request for review, making the hearing decision the final decision of the Commissioner (R. 5). This action followed.